**UNITED STATES COURT OF APPEALS**

Filed 3/13/96

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| DONNA SACKETT, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | No. 95-1046 |
| v. ) | (D.C. No. 93-M-961) |
| ) | (D. Colorado) |
| RUSS BERRIE AND COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant-Appellee. ) | |

_____

ORDER AND JUDGMENT[*]

_____

Before PORFILIO, ANDERSON, and TACHA, Circuit Judges.

_____

After reviewing the briefs and the record and hearing the arguments of the parties,

we concluded the district court did not commit error. We therefore **AFFIRM** its

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of order and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10 Cir. R. 36.3.

judgment for the reasons stated in the order granting summary judgment..


**Entered for the Court**

**John C. Porfilio**
**Circuit Judge**